

E-FILED
Thursday, 05 September, 2019 02:53:25 PM
Clerk, U.S. District Court, ILCD

SEP 0 4 2019

CLERK OF THE COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

# IN THE UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF ILLINOIS
## URBANA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | |
| vs. | ) | Case No. 19-CR-20061 |
| CHRISTOPHER L. ASBURY, | ) | Title 21, United States Code, Section 841(a)(1) and (b)(1)(A)(viii). |
| Defendant. | ) | |

## INDICTMENT
**(Distribution of 50 Grams or More of Methamphetamine)**

**THE GRAND JURY CHARGES:**

On or about June 26, 2019, in Edgar County, in the Central District of Illinois,

**CHRISTOPHER L. ASBURY,**

defendant herein, knowingly and intentionally distributed 50 grams or more of methamphetamine (actual), a Schedule II controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(A)(viii).

## SPECIAL FINDINGS

1. In connection with the offense set forth in Count One of this Indictment, the following factors are relevant to determining the sentence of the defendant, **CHRISTOPHER L. ASBURY**, pursuant to Title 21, United States Code, Section 851.

    a.    On or about October 15, 2015, the defendant was convicted in Coles County (Illinois) Circuit Court case number 11-CF-454 of the offense of Attempted Delivery of Methamphetamine, a Serious Drug Felony offense, and, as a result, the defendant (a) faced a maximum potential term of imprisonment of ten years or more; (b) served a term of imprisonment of more than 12 months; and (c) was released from imprisonment within 15 years of the commencement of the offense alleged in Count One of this Indictment.

A TRUE BILL.

s/ Foreperson
_____
FOREPERSON

s/ John C. Milhiser
_____
JOHN C. MILHISER
United States Attorney
RER

2