UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | No.   19-cr-20061 |
| ) | |
| CHRISTOPHER L. ASBURY, ) | |
| ) | |
| Defendant. ) | |

**MOTION TO WITHDRAW**

NOW COMES Thomas W. Patton and Elisabeth R. Pollock and the Office of the Federal Public Defender for the Central District of Illinois, and respectfully move this Court for the entry of an Order granting them leave to withdraw as the counsel of record for the Defendant in this cause, on the ground that the undersigned counsel has a conflict of interest representing the Defendant. In support thereof, counsel states the following:

1. The Office of the Federal Public Defender for the Central District of Illinois was appointed to represent Christopher L. Asbury in this cause on September 6, 2019.

2. Counsel has now determined that this office was previously appointed to represent another individual who may have made statements adverse to Mr. Asbury's interests.

4.     Counsel accordingly believes that a potential conflict of interest exists that cannot be waived, and that precludes representation of Mr. Asbury by the Federal Public Defender's Office for the Central District of Illinois.

5.     Mr. Asbury has a right to be represented by conflict-free counsel. *See United States v. Ellison*, 798 F.2d 1102, 1106 (7th Cir. 1986) ("A criminal defendant is entitled to counsel whose undivided loyalties lie with his client.").

6.     It would be in Mr. Asbury's best interests to allow current counsel to withdraw and for the Court to appoint new counsel.

WHEREFORE, counsel respectfully requests the entry of an Order granting leave to withdraw as Mr. Asbury's appointed counsel in the above-entitled cause.

    Respectfully submitted,
    CHRISTOPHER L. ASBURY, Defendant

    THOMAS W. PATTON
    Federal Public Defender

By:    /s/ Elisabeth R. Pollock
    Assistant Federal Public Defender
    300 West Main Street
    Urbana, IL 61801
    (217) 373-0666
    (217) 373-0667 FAX
    Elisabeth_Pollock@fd.org

**CERTIFICATE OF SERVICE**

I hereby certify that on September 11, 2019, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to Assistant United States Attorney Rachel Ritzer.

/s/ Elisabeth R. Pollock
Assistant Federal Public Defender
300 West Main Street
Urbana, IL 61801
(217) 373-0666
(217) 373-0667 FAX
Elisabeth_Pollock@fd.org